In the Matter of the Estate Tax on the Estate of MARY R. CHISHOLM, Deceased. Estate of LEWIS S. SMITH, Estate of ROLLIN C. SMITH and HERBERT B. SMITH, Appellants; STATE TAX COMMISSION, Respondent.— Appeal from an order of

the Surrogate's Court of Kings County, denying appellants' motion to resettle an order fixing the transfer tax on decedent's estate. Order affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order denying appellants' motion for reargument dismissed, without costs, as not appealable. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.